# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DELILAH MERFALEN GUTIERREZ, et al.

                          PLAINTIFF(S),

v.

GLEN EARL WHITLEY, et al.

                          DEFENDANT(S).

CASE NUMBER:

5:20−cv−01927

**NOTICE OF INTRA-DISTRICT TRANSFER BY CLERK OF COURT**

To:  All Counsel Appearing of Record

    Due to clerical error, this case was improperly assigned to the __ Division of this District. Pursuant to General Order 19-03 this case is hereby transferred to the __ Division for all further proceedings.

X    Case was opened in the CM/ECF System by counsel, and provisionally assigned to a division of this Court. After review of the pleadings, pursuant to the General Orders of the Court, this case is hereby transferred to the  __Western__  Division.

    This case has been reassigned to case number  __2:20−cv−08542 DMG (AFMx)__  and has been assigned to  __Judge Dolly M. Gee__  for all further proceedings.

    Any matters that are or may be referred to a Magistrate Judge are hereby assigned to  __Magistrate Judge Alexander F. MacKinnon__  for:

      X  any discovery and/or post-judgment matters that may be referred.

        for all proceedings in accordance with General Order 05-07.

    All subsequent documents filed must reflect the new case number and newly assigned District Judge's/Magistrate Judge's initials as follows:  __2:20−cv−08542 DMG (AFMx)__ . Unless documents are exempted from electronic filing, they must be filed electronically on the docket under the new case number.

**    Please be advised that no further filings may be made under case number  __5:20−cv−01927__ . Any such filings made after the date of entry of this Notice may not be reviewed or considered by the Court.**

                                                  Clerk, U.S. District Court

                                                  By:  /s/ *Edwin Sambrano*
                                                     _edwin_sambrano@cacd.uscourts.gov_
                                                       Deputy Clerk

*cc: Previously assigned Judge/Magistrate Judge; Deputy-In-Charge; Statistics Clerk*